AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JOHN W. FERRON,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-08-760**

**SUBSCRIBERBASE**       **JUDGE EDMUND A. SARGUS, JR.**
**HOLDINGS, INC., et al.,**       **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed November 16, 2010, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: November 16, 2010       JAMES BONINI, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk